UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

QBE INSURANCE CORPORATION,                    :        26-cv-3323 (SHS)

                          Plaintiff,          :        ORDER
          -against-
                                              :

WESTWOOD FUNDING SOLUTIONS LLC,
d/b/a Westwood Funding,                       :

                          Defendant.          :

----------------------------------------------------------------x

SIDNEY H. STEIN, U.S. District Judge.

      A telephone conference having been held today regarding plaintiff's motion for an Order to Show Cause [Doc. No. 5], with counsel for all parties present,

      IT IS HEREBY ORDERED that there will be a teleconference via MS Teams on May 4, 2026, at 11:00 a.m.

Dated: New York, New York
      April 23, 2026

                            SO ORDERED:

                            Sidney H. Stein, U.S.D.J.