UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

QBE INSURANCE CORPORATION,                    :        26-cv-3323 (SHS)

                          Plaintiff,          :        ORDER
          -against-
                                              :

WESTWOOD FUNDING SOLUTIONS LLC,               :
d/b/a Westwood Funding,

                                              :

                          Defendant.
-----------------------------------------------------------------x


SIDNEY H. STEIN, U.S. District Judge.

    The conference scheduled for May 26, 2026, at 11:00 a.m., will be held in-person in Courtroom 23A at the U.S. Courthouse, 500 Pearl Street, New York, New York,.


Dated: New York, New York
      May 5, 2026

                                    SO ORDERED:

                                    _____
                                    Sidney H. Stein, U.S.D.J.