**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| QBE INSURANCE CORPORATION,<br><br>     Plaintiff,<br><br>  - against -<br><br>WESTWOOD FUNDING SOLUTIONS LLC<br>d/b/a WESTWOOD FUNDING,<br><br>     Defendants. | 26-cv-3323 (SHS)<br><br><br><br>**REVISED SCHEDULING ORDER** |

**WHEREAS**, on May 4, 2026, the Court issued an Order to Show Cause [ECF No. 12] setting a hearing on plaintiff QBE Insurance Corporation's motion for a preliminary injunction (the "Motion") for May 26, 2026 at 11:00 a.m., with defendant Westwood Funding Solutions LLC's answering papers due May 18, 2026 and plaintiff's reply papers due May 21, 2026;

**WHEREAS**, pursuant to the Court's May 15, 2026 Order granting Letter Motion for Extension of Time [ECF No. 15], Westwood's answering papers are presently due June 1, 2026; Plaintiff's reply papers are presently due June 4, 2026; and the hearing on the Motion is presently scheduled for June 9, 2026 at 4:30 p.m; and

**WHEREAS**, the parties are working on the terms of a settlement agreement to hopefully finalize the parties' settlement in principle and have jointly requested a thirty days adjournment of the hearing on the Motion and a corresponding extension of the briefing schedule; it is hereby

**ORDERED** that the briefing schedule and hearing date set by the May 18, 2026 Order and the underlying May 4, 2026 Order to Show Cause are hereby revised as follows:

1. Defendant's Answering Papers Deadline – Wednesday July 1, 2026;

2. Plaintiff's Reply Papers Deadline – Monday, July 6, 2026; and

3.       Hearing on the Motion – Thursday, July 9, 2026.

        The hearing will be held at 11:30 a.m. in Courtroom 23A at the U.S. Courthouse, at 500 Pearl Street, New York.


Dated: New York, New York
        June 2        , 2026

*Sidney H. Stein*
Hon. Sidney H. Stein
United States District Judge